Kenneth STRICKLAND *v.* STATE of Arkansas.

CR 94-879                                    883 S.W.2d 455

Supreme Court of Arkansas
Opinion delivered September 12, 1994

*James P. Clouette*, for appellant.

No response.

PER CURIAM. Appellant, Kenneth Strickland, by his attorney, James P. Clouette, has filed a motion for belated appeal and for a Rule on the Clerk. The record was refused when tendered to the clerk because the notice of appeal was not timely filed.

■ Appellant's attorney, James P. Clouette, admits that the failure to give a timely notice of appeal was due to his personal neglect. We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion pursuant to Ark. R. Crim. P. 36.9. *Weaver* v. *State*, 304 Ark. 77, 798 S.W.2d 925 (1990).

A copy of this order will be forwarded to the Committee on Professional Conduct.